FILED
FEB 09 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA


SEALED

| UNITED STATES OF AMERICA, | ) | 1:12 CR 00039 LJO BAM |
|---|---|---|
| Plaintiff, | ) | |
| | ) | ORDER RE: EX PARTE MOTION TO |
| v. | ) | SEAL INDICTMENT PURSUANT TO |
| | ) | RULE 6(e), FEDERAL RULES OF |
| RANDY LEE WILKINS, | ) | CRIMINAL PROCEDURE |
| | ) | |
| Defendant. | ) | |

Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the Indictment filed herein is sealed until further order of this Court.

DATED: 2/9/12

_____
U.S. MAGISTRATE JUDGE