BENJAMIN B. WAGNER
United States Attorney
KIRK E. SHERRIFF
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:12-CR-0039 LJO BAM |
|---|---|---|
| Plaintiff, | ) ) ) ) ) | STIPULATION & ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT NUNC PRO TUNC |
| v. | ) ) ) | Old Date: March 11, 2013 Old Time: 1:00 p.m. |
| RANDY LEE WILKINS, | ) ) ) ) | New Date: March 25, 2013 New Time: 1:00 p.m. |
| Defendant. | ) ) | Court: Three (Hon. Barbara A. McAuliffe) |

Defendant RANDY LEE WILKINS, by and through his counsel of record Salvatore Sciandra, and plaintiff the United States of America, by and through its counsel of record, hereby jointly stipulate and respectfully request that the Court order that time be excluded for the period from the hearing on March 11, 2013 through the hearing on March 25, 2013.

The grounds for this stipulation are that a continuance of time through March 25, 2013 is required to provide additional time for effective defense preparations, plea negotiations, and consideration of a potential plea by the defendant, taking into account the

exercise of due diligence, and to ensure continuity of defense counsel.  In the absence of such a continuance of the hearing and exclusion of time, the case would be reset before the Court immediately and such proceeding would not allow sufficient time for effective defense preparations and plea negotiations.

The parties agree and stipulate that time should be excluded in the interests of justice from the status conference on March 11, 2013 through and including the continued hearing on March 25, 2013, under 18 U.S.C. § 3161(h)(7)(A) and (7)(B)(i) & (iv), in that the ends of justice served by the continuance outweigh the interests of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.


DATED:  March 15, 2013        By:   /s/ Salvatore Sciandra
                                    SALVATORE SCIANDRA
                                    Attorney for defendant
                                    RANDY LEE WILKINS


Dated:  March 15, 2013
                                    Respectfully Submitted,
                                    BENJAMIN B. WAGNER
                                    United States Attorney

                              By:   /s/ Kirk E. Sherriff
                                    KIRK E. SHERRIFF
                                    Assistant U.S. Attorney

2

**ORDER**

The Court has reviewed and considered the stipulation of the parties to exclude time through the continued hearing date in this case. On the Court's on motion on March 11, 2013, due to the unavailability of defense counsel, and a finding the time should be excluded, it is ordered that the hearing in this case is continued to March 25, 2013, at 1:00 p.m in Courtroom Three. It is further ordered that time shall be excluded in the interests of justice, based on the grounds set forth in the parties' stipulation, nunc pro tunc from March 11, 2013 through and including the hearing date of March 25, 2013, under 18 U.S.C. § 3161(h)(7)(A) and (7)(B)(iv), in that the ends of justice served by the continuance outweigh the interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: **March 18, 2013**          **/s/ Barbara A. McAuliffe**
                                                    UNITED STATES MAGISTRATE JUDGE