# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

)
United States of America )
vs. ) Case No. 1:12-CR-00039-1
Randy Lee Wilkins )
)

FILED
MAR 29 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Randy Wilkins_____, have discussed with _____Dan Stark_____, Pretrial Services Officer, modifications of my release conditions as follows:

To add the following condition: Pretrial Services shall provide notice at least 72 hours in advance to Janelle Wilkins regarding any approved travel by the defendant into California.

All previous ordered conditions of release, not in conflict, are to remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____[signature]_____   3-28-2013          _____[signature]_____   03/28/2013
Signature of Defendant    Date              Pretrial Services Officer   Date

I have reviewed the conditions and concur that this modification is appropriate.

_____[signature]_____                              3/29/13
Signature of Assistant United States Attorney      Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____[signature]_____                              3/28/2013
Signature of Defense Counsel                       Date

### ORDER OF THE COURT

[X] The above modification of conditions of release is ordered, to be effective on   3-29-13
[ ] The above modification of conditions of release is *not* ordered.

_____[signature]_____                              3-29-13
Signature of Judicial Officer                      Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services