# United States District Court
## EASTERN DISTRICT OF CALIFORNIA


FILED
SEP 24 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

| | |
|---|---|
| United States of America ) | |
| vs. ) | Case No. |
| Randy Lee WILKINS ) | 1:12-CR-00039-LJO-BAM |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, ____Randy Lee Wilkins____, have discussed with ____Francisco J. Guerrero____, Pretrial Services Officer, modifications of my release conditions as follows:

**Remove the following condition:** Participate in an **electronic monitoring/GPS** program as directed by Pretrial Services. You shall pay all or part of the costs of the program based upon your ability to pay as determined by Pretrial Services. If State GPS is removed then PTS to activate. All other previously ordered conditions, not in conflict with this order, shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  9-24-13          _____  9-24-13
Signature of Defendant         Date           Pretrial Services Officer    Date
Randy Lee Wilkins                             Francisco J. Guerrero

I have reviewed the conditions and concur that this modification is appropriate.

_____                     9/24/13
Signature of Assistant United States Attorney      Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                     9-24-13
Signature of Defense Counsel                     Date

## ORDER OF THE COURT

☒ The above modification of conditions of release is ordered, to be effective on  9/24/13 .
☐ The above modification of conditions of release is *not* ordered.

_____                     9-24-13
Signature of Judicial Officer                     Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services