1  BENJAMIN B. WAGNER
   United States Attorney
2  KIRK E. SHERRIFF
   GRANT B. RABENN
3  Assistant United States Attorneys
   2500 Tulare Street, Suite 4401
4  Fresno, CA 93721
   Telephone: (559) 497-4000
5  Facsimile:  (559) 497-4099

6  Attorneys for Plaintiff
   United States of America

7

8             IN THE UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  UNITED STATES OF AMERICA, | CASE NO. 1:12-CR-0039 LJO BAM |
| 12              Plaintiff, | STIPULATION; ORDER |
| 13         v. | Trial Date: Nov. 13, 2013 |
| 14  RANDY LEE WILKINS, | Time:         8:30am<br>Court:        Four |
| 15              Defendant. | (Hon. Lawrence J. O'Neill) |

16

17     Plaintiff the United States of America and defendant RANDY LEE WILKINS, by and through

18  their respective counsel of record, submit this stipulation to extend the deadline to submit exhibits in this

19  case.

20     The parties met and conferred on October 21, 2013 and reviewed various matters including joint

21  proposed jury instructions and a joint proposed jury verdict form for use in this case, certain evidentiary

22  issues, and the exhibit submission deadline.  The Pretrial Order requires the parties to submit their trial

23  exhibits on November 1, 2013.  Due to counsels' schedules and the need to prepare copies of exhibit

24  binders, the parties respectfully request that the court extend the deadline for the submission of trial

25  exhibits to November 7, 2013, which is the Thursday before the week the trial starts.  The parties do not

26  anticipate requesting an extension of the other deadlines in the Pretrial Order.

27  Dated: Oct. 25, 2013

28

1

Respectfully Submitted,

BENJAMIN B. WAGNER
United States Attorney

/s/ Salvatore Sciandra
(authorized on 10/25/13)
SALVATORE SCIANDRA
Attorney for defendant
Randy Lee Wilkins

/s/ Kirk E. Sherriff
KIRK E. SHERRIFF
GRANT B. RABENN
Assistant United States Attorneys

## **ORDER**

Good cause appearing, IT IS ORDERED that the deadline for the parties to submit their exhibits is extended to November 7, 2013.

IT IS SO ORDERED.

Dated:  **October 25, 2013**          **/s/ Lawrence J. O'Neill**
                                            UNITED STATES DISTRICT JUDGE

2