1  SALVATORE SCIANDRA, Bar No. 58256
   Law Offices of Salvatore Sciandra
2  2300 Tulare Street, Suite 230
   Fresno, California 93721
3  Telephone: 559.233.1000
   Facsimile: 559.233.6044
4  E-Mail: salsciandra@sbcglobal.net

5  Attorney for Defendant, RANDY L. WILKINS

6

7

8              UNITED STATE DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

| UNITED STATES OF AMERICA, | ) | Case No. 1:12-CR-00039-LJO |
|---|---|---|
| Plaintiff, | ) ) ) ) | STIPULATION AND ORDER FOR A RESETTING OF HEARING ON REPORT OF PROBATION OFFICER |
| v. | ) ) ) | |
| RANDY L. WILKINS, | ) ) ) | |
| Defendants. | ) ) ) | |

17

18        IT IS HEREBY STIPULATED by and between plaintiff, the United States of America, and

19  the defendant by and through his attorney, that the date set for hearing on the presentence report of

20  the probation officer and sentencing be extended as follows:

21        Informal Objections to be mailed to Probation and AUSA:
          Move from March 3, 2014 to April 21, 2014.

22
          Formal Objections must be filed with the Court and served on
23        Probation and AUSA: move from March 17, 2014 to May 5, 2014.

24        RPO Hearing: move from 8:30 a.m. on March 24, 2014 to 8:30 a.m.
          on May 12, 2014.
25

26        The justification for moving Mr. ARELLANO's sentencing is as follows: in the capital

27  prosecution of *UNITED STATES v. JAMES LEON GUERRERO*, Case No.: 1:08-CR-00259-PMP

28  counsel has been in preparation for an *Atkins* Hearing to be held in Fresno March 11 thru 14, 2014.

1   Counsel has been meeting with experts via conference calls and in person for the last several weeks

2   both in LA and Fresno.

3                                                      Respectfully submitted,

4

5   DATED:  March 3, 2014                             /s/  Salvatore Sciandra
                                                      SALVATORE SCIANDRA
6                                                     Attorney for Defendant,
                                                      RANDY L. WILKINS
7

8

9   DATED:  March 3, 2014                             /s/  Kimberly A. Sanchez
                                                      KIMBERLY A. SANCHEZ
10                                                    Assistant United States Attorney

11                                                    This was agreed to via telephone.

12

13                                    **ORDER**

14

15  IT IS SO ORDERED.

16      Dated:   **March 4, 2014**              **/s/ Lawrence J. O'Neill**
                                               UNITED STATES DISTRICT JUDGE
17

18

19

20

21

22

23

24

25

26

27

28