BENJAMIN B. WAGNER
United States Attorney
KIRK E. SHERRIFF
GRANT B. RABENN
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:12-CR-00039-LJO |
| Plaintiff, | **ORDER FOR FORFEITURE MONEY JUDGMENT** |
| v. | |
| RANDY LEE WILKINS, | |
| Defendant. | |

Based upon the United States' Application for Forfeiture Money Judgment and the entry of a guilty verdict as to defendant Randy Lee Wilkins,

IT IS HEREBY ORDERED that

1.      Defendant Randy Lee Wilkins shall forfeit to the United States $736,965.40 and the Court imposes a personal forfeiture money judgment against the defendant in that amount.

2.      Any funds applied towards such judgment shall be forfeited to the United States of America and disposed of as provided for by law.  Prior to the imposition of sentence, any funds delivered to the United States to satisfy the personal money judgment shall be seized and held by the United States Marshals Service, in its secure custody and

Order for Forfeiture Money Judgment            1

1  control.

2       3.     This Order of Forfeiture shall become final as to the defendant at the time of

3  sentencing and shall be made part of the sentence and included in the judgment.

4       4.     In accordance with Rule 32.2(b)(3), the United States, in its discretion, shall

5  be allowed to conduct discovery, including but not limited to serving Interrogatories,

6  Requests for Admissions, Requests for Production of Documents, the taking of depositions,

7  and the issuance of subpoenas, in order to identify, locate or dispose of property to satisfy

8  the money judgment.   The United States may, at any time, move pursuant to Rule 32.2(e)

9  to amend this Order of Forfeiture to substitute property having a value not to exceed

10  $736,965.40 to satisfy the money judgment in whole or in part.

11

12  IT IS SO ORDERED.

13     Dated:   __**May 7, 2014**__          ___**/s/ Lawrence J. O'Neill**

14                              UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order for Forfeiture Money Judgment     2