UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA AT FRESNO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      *Plaintiff*,<br><br>vs.<br><br>RANDY LEE WILKINS,<br><br>      *Defendant*. | NOTICE OF APPEAL<br><br>No. 1:12-cr-00039-LJO |

    Notice is given that RANDY LEE WILKINS appeals to the United States Court of Appeals for the Ninth Circuit from the:

    ( )    Conviction only (Fed. R. Crim. P. 32(b))
    (X)    Conviction and Sentence
    ( )    Sentence only
    ( )    Orders (specify

    Bail status:  custody.

Dated:  May 14, 2014

    /s/ *Marc C. Ament*
MARC C. AMENT
Attorney at Law
1539 East Starpass Drive
Fresno, CA 93730-3448

email address: ament-attorney@usa.net
Phone number: (559) 978-4429


Name of Court Reporters: Peggy Crawford, Karen Hooven, Gail Thomas, O. Figueroa
Transcript required:   (X) YES        ( ) NO
(If transcript is required, complete Transcript Order Form CAED 435; contact court reporter immediately to make arrangements for transcript.)