Carolyn D. Phillips # 103045
Attorney at Law
P.O. Box 5622
Fresno, CA 93755-5622
(559) 248-9833

Attorney for defendant RANDY LEE WILKINS

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff-Appellee,<br><br>v.<br><br>RANDY LEE WILKINS,<br><br>    Defendant-Appellant. | 1:12-cr-00039 LJO<br><br>ORDER TO UNSEAL TRANSCRIPTS FOR APPELLATE REVIEW |

    The Court having reviewed the sealed portions of the trial transcripts in the above-entitled matter at pages 20-22, January 7, 2014 (Dkt. #104), finds them suitable to be unsealed for review by appellate counsel for RANDY LEE WILKINS.

    IT IS HEREBY ORDERED that the sealed portions of the transcripts at pages 20-22, January 7, 2014 (Dkt. #104) be unsealed and released to attorney CAROLYN D. PHILLIPS counsel for appellant Randy Wilkins.
    IT IS SO ORDERED.

Dated:  **January 5, 2015**    /s/ **Lawrence J. O'Neill**

UNITED STATES DISTRICT JUDGE

Order to Unseal Transcripts for Appellate Review; *United States v. Randy Lee Wilkins;*
*1:12-cr-00039 LJO*