### Report and Order Terminating Supervised Release
### Prior to Original Expiration Date - Notice of Death

# UNITED STATES DISTRICT COURT

FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Docket No: 0972 1:12CR00039-01 NONE |
| | ) | |
| Randy Lee Wilkins | ) | |
| | ) | |

On May 12, 2014, the above-named was sentenced to Supervised Release for a period of 5 years. Supervision commenced on February 23, 2018.

On December 22, 2020, the United States Probation Office of the Northern District of California notified this officer that Randy Lee Wilkins died on November 1, 2020, due to complications from Lung Cancer, Atrial Fibrillation, and Hypertension (copy of the notification is on file). It is accordingly recommended this case be closed.

Respectfully submitted,

*John Green*
United States Probation Officer

Dated:   January 5, 2021
         Fresno, California

REVIEWED BY:    **MARLENE K. DEORIAN**
                **Supervising United States Probation Officer**

1

PROB 35A DEATH (ED/CA)

**Re:** **Randy Lee Wilkins**
   **Docket No:**   **0972 1:12CR00039-01 NONE**
   **Report and Order Terminating Supervised Release**
   **Prior To Original Expiration Date - Notice of Death**

---

## ORDER OF COURT

It appearing that Randy Lee Wilkins is deceased, it is hereby ordered the proceedings in this case be terminated and the case closed.

IT IS SO ORDERED.

   Dated:   **January 6, 2021**            _Dale A. Drozd_
                                    UNITED STATES DISTRICT JUDGE

(Notification copy on file)

CC:   AUSA (NAME) – Kirk Sheriff
      FLU Unit - United States Attorney's Office (victim notification and/or offender estate)
      Fiscal Clerk - Clerk's Office